UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TIMOTHY SMITH,

    Defendant.

------------------------------------x

ORDER

17 Crim. 649-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open letter motion at ECF No. 177 as having been resolved by this Court's Order at ECF No. 188. Pro Se Motion at ECF No. 178 is denied as moot.

    The Clerk of Court is directed to close the open motions (ECF Nos. 177 and 178) accordingly.

Dated: March 28, 2023
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge